5-24-1290 People v. Tyler Eggemeyer